# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CHRISTOPHER G. HUTCHESON,
ADC #111613                                                                PLAINTIFF

V.                          CASE NO. 4:19-CV-820-KGB-BD

NEVADA COUNTY JAIL                                                DEFENDANT

## ORDER

On November 21, 2019, Christopher G. Hutcheson, an Arkansas Department of Correction inmate, filed this civil rights lawsuit without the help of a lawyer. (Docket entry #2) Mr. Hutcheson complains that he was denied medical treatment while detained in the Nevada County Jail.

The Nevada County Jail lies in the Western District of Arkansas. The interests of justice, therefore, would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a). To that end, the Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED, this 22nd day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE